————o————

DANIEL DIMOND, Respondent, *vs.* THE KANSAS CITY, ST. JOSEPH & COUNCIL BLUFFS RAILROAD COMPANY, Appellant.

1. Wilson vs. Kansas City, St. Jo. & Council Bluffs R. R., *ante*, p. 184, affirmed.

*Appeal from Nodaway Circuit Court.*

*Willard P. Hall,* for Appellant.

*Johnson & Jackson, with C. A. Anthony,* for Respondent.

VORIES, Judge, delivered the opinion of the court.

This case is identical in principle with the case of Reason Wilson, against the same defendant, decided at the present term of this court; and for the reasons given in the opinion delivered in that case, the judgment in this case will also be affirmed; the other judges concur.